1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9   Billy Taylor,                        )   No. CV-07-1984-PHX-DGC
                                          )
10              Plaintiff,                )   **ORDER**
                                          )
11   vs.                                  )
                                          )
12   Horizon Distributors, Inc.,          )
                                          )
13              Defendant.                )
                                          )
14   _____    )

15

16          Defendant has filed a motion for summary judgment. Dkt. #35.  In response, Plaintiff

17   has filed a motion for continuance pursuant to Rule 56(f) of the Federal Rules of Civil

18   Procedure.  Dkt. #39.  That rule grants the Court discretion to order a continuance to enable

19   "discovery to be undertaken" by the party opposing summary judgment.  Fed. R. Civ. P.

20   56(f).

21          Plaintiff states in his motion that he needs to conduct additional discovery in order to

22   fully respond to Defendant's summary judgment motion.  Dkt. #39.  Plaintiff has described

23   the anticipated discovery in some detail and has explained why the facts sought may be

24   material to issues raised on summary judgment.  *Id.*  Given that the discovery deadline is

25   October 31, 2008 (*see* Dkt. #17 ¶ 4), the Court will exercise its discretion and grant

26   Plaintiff's motion.  Plaintiff is advised that he needs to diligently pursue the discovery he

27   seeks and that the Court will not extend the discovery deadline absent truly extraordinary

28   circumstances.

**IT IS ORDERED:**

1.      Plaintiff's Rule 56(f) motion (Dkt. #39) is **granted**.

2.      Defendant's motion for summary judgment (Dkt. #35) is **denied** without prejudice.  Defendant may re-file its motion after the close of discovery on **October 31, 2008**.

3.      The Court will not extend the discovery deadline absent truly extraordinary circumstances.

DATED this 9th day of September, 2008.

_____
David G. Campbell
United States District Judge